*Grant, Petitioner, v. First Horizon Home Loans et al., Respondents*, No. 93422-3. Petition for review of a decision of the Court of Appeals, No. 72905-5-I, May 31, 2016, 194 Wn. App. 1015. *Denied* December 7, 2016.

*State, Respondent, v. Guzman-Morales, Petitioner*, No. 93424-0. Petition for review of a decision of the Court of Appeals, No. 73132-7-I, June 20, 2016, 194 Wn. App. 1035. *Denied* December 7, 2016.

*Umpqua Bank, Respondent, v. Shasta Apts., LLC, et al., Petitioners*, No. 93426-6. Petition for review of a decision of the Court of Appeals, No. 47224-4-II, June 21, 2016, 194 Wn. App. 685. *Denied* December 7, 2016.

*State, Respondent, v. Jenson, Petitioner*, No. 93427-4. Petition for review of a decision of the Court of Appeals, No. 47647-9-II, July 6, 2016, 194 Wn. App. 900. *Denied* December 7, 2016.

*Ames, Petitioner, v. Pierce County, Respondent*, No. 93428-2. Petition for review of a decision of the Court of Appeals, No. 45880-2-II, May 17, 2016, 194 Wn. App. 93. *Denied* December 7, 2016.

*Christner, Petitioner, v. Emp't Sec. Dep't, Respondent*, No. 93429-1. Petition for review of a decision of the Court of Appeals, No. 73024-0-I, June 6, 2016, 194 Wn. App. 1020. *Denied* December 7, 2016.

*State, Petitioner, v. Hernandez Martinez, Respondent*, No. 93430-4. Petition for review of a decision of the Court of Appeals, No. 33109-1-III, June 21, 2016, 194 Wn. App. 1040. Petitioner's petition for review *denied* and respondent's request for review *denied* December 7, 2016.

*In re Parenting & Support of D.W.L.*, No. 93431-2. Petition for review of a decision of the Court of Appeals, No. 31365-4-III, April 21, 2016, 193 Wn. App. 1031. *Denied* December 7, 2016.